The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

FILED - MQ
February 19, 2025 10:36 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY: /s/ 2/19/25

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

## PRISONER CIVIL COMPLAINT FORM
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**2:25-cv-32**
Paul L. Maloney - U.S. District Judge
Maarten Vermaat - Magistrate Judge

**Plaintiff(s):**

(Name) DAVID J MCMILLAN   # 186116 (Prisoner Number)

23659 N BRANCH TRL  NEWBERRY MI   49868
(Place of Confinement)                                    (Zip Code)

(List any additional plaintiff(s), with prison number and place of confinement on 8½" x 11" paper and attach.)

**Defendant(s):**   [Address given must be current.]

(Name) SEE ATTACHED DEFENDANTS LIST

(Street)        ( Apt.)  (City)        (State)   (Zip Code)

(List any additional defendant(s) and the current address for each on 8½" x 11" paper and attach.)

## I.  PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts alleged in this action, or otherwise relating to your imprisonment?

YES [   ]                    NO [X]

If "YES," complete Section B below.
If "NO," proceed to Part II.

Page 1

**Prisoner Civil Complaint (Continued)**

B.  Parties to this previous lawsuit:  *N/A*

    1.  Plaintiff(s):  _____

        _____

        _____

      Defendant(s):  _____

        _____

        _____

    2.  Court (if federal court, name the district.  If state court, name county):  _____

        _____

    3.  Docket Number (Case Number):  _____

    4.  Judge's Name:  _____

    5.  Disposition (dismissed, appealed or still pending):  _____

    6.  Approximate filing date:  _____
       Approximate disposition date:  _____

## II.  ADMINISTRATIVE REMEDIES

A.  Is there a prison grievance procedure in your institution?

      YES [   ]           NO [ X ]

B.  Did you present the current facts in the grievance procedure?

      YES [   ]           NO [ X ]

C.  If YES:

    1.  What steps did you take?  _____

        _____

        _____

    2.  What were the results?  _____

        _____

        _____

Prisoner Civil Complaint (Continued)

D. If NO, explain why not: _Can Not Life In Lions Den,_

E. If no grievance procedure, did you complain to the authorities?

YES [ X ]                              NO [   ]

F. If YES:

1. What steps did you take? _Contacted Luce County Sheriff Eric Peterson In Writing, In Person_

2. What was the result? _None, He Did Call Only To Find Out Snyders Wanted $748.00 For 1 Perscription and I Told Them I Was going To Sue Them, They Laughed!_

## III. STATEMENT OF FACTS

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim on a blank 8½" x 11" sheet(s) of paper and attach.

_See Attached Statement of Facts_

Page 3

Prisoner Civil Complaint (Continued)

## IV.   RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments and cite no statutes.

My RELIEF as Follows, RESTORE My RiGHTs as a HumaN BEING. I want THese STATE of MiCHiGaN EmployEEs AND AcTors To bE INVESTiGaTED For CriMiNal CHarGes (MEDICAID FRAUD, CONSPIRICY To COMMIT MURDER & or ATTEMPTED MURDER. I WANT A JURY TRIAL. I WANT To BE AWARDED $81.2 BiLLion DoLLars (u.s,) or GoLD.

I declare under penalty of perjury that the foregoing is true and correct.

_JAN 22, 2025_
**(Date)**

_David T McMillan_
**(Your Signature)**

David McMillan
23659 N Branch Trl
Newberry, MI 49868



## Defendants List

1 message

David McMillan <mcmillandavid381@gmail.com>                                    Wed, Jan 22, 2025 at 11:25 AM
To: David McMillan <mcmillandavid381@gmail.com>

Defendants List

The State of Michigan
The Department of Attorney General
525 W Allegan St 4 th Floor
Lansing , Michigan 48918
Attorney General , Dana Nessel Attorney at Law Conspiracy Actor

Licensing & Regulatory Affairs ----LARA
611 W Ottawa St.
Lansing Michigan 48909
Marlow Brown DPA Director Conspiracy Actor

Luce County Heath & Human Services
500 W. Mcmillan Ave
Newberry Michigan. 49868 -1295
Jeannie Doe Refused to Identify Caseworker Plaintiff can Identify
Charles Rose Director. Conspiracy Actor

Helen Newberry Joy Hospital --- Medicaid Fraud Civil Rights Violations
502 W Harrie St
Newberry Michigan 49868-1295
CEO Helen Johnson RN Conspiracy Actor

Dr F. Maygar MD ---For The Record
502 W. Harrie. St
Newberry. Michigan 49868 - 1295

Dr. Raghu Rao MD Dr. Patrica Gill MD Medicaid Fraud , Attempted Murder
502 W Harrie St Civil Rights violations Conspiracy Actors
Newberry Michigan 49868 -1295

Dr J. Webb MD For the Record
502 W. Harrie St
Newberry. Michigan. 49868 -1295

Tracy Peramski LBSW , C-SWCM Medicaid Fraud Attempted Murder
502 W Harrie St Civil Rights Violations Conspiracy Actors
Newberry Michigan 49868 -1295
Patient Advocate "Risk Management " Actor

1. Snyder Drugs & Pharmacy's. X3 Medicaid Fraud Civil Rights Violations
7293 Newberry Ave
M-123
Newberry Michigan 49868

2. Bruce Klosemeyer Manager at Time of Violations
3. Lori Doe. Refused To Identify --Bookkeeper at Time of Violations
This Plaintiff can Identify ,

1. Hometown Pharmacy 's. X3 Medicaid Fraud Civil Rights Violations
2013 Newberry Ave.
M123
Newberry Michigan 49868

2. Manager David DeMerse Manager at Time of Violations

1 of 2

3. Jane Doe. Refused to Identify — Pharmacist —
Redhead Plaintiff can Identify

Luce County Sheriff ——Eric Peterson Civil Rights Violation
411 W. Harrier St.
Newberry Michigan 49868

CC:File Copies To the Following
United States District Court Marquette
U S Marshall's Office. Detroit

Office .
Post Office Visits was Recored and Filmed .. My Safety First .
For my Protection

2 oF 2

**(no subject)**
1 message

David McMillan <mcmillandavid381@gmail.com>                    Mon, Jan 20, 2025 at 12:59 PM
To: David McMillan <mcmillandavid381@gmail.com>

United States District Court
Western District of Michigan
Northern Division Marquette Michigan
202 West Washington Street 49855

Statement of Facts

David Mcmillan #186116
23659 N Branch Trl
Newberry Michigan 49868
Plaintiff in Pro Per

Jurisdiction is conferred on the Court by 28 U.S.C. §1331
This action arises under 42 U.S.C. §1983
Once a Convicted Felon always a CONVICTED MAN

A. Plaintiff is under extreme Duress and Agony at the time of writing this Statement
Of True Facts . I have been subjected to cruel and unusual Punishment .
Medical Brutality for Years Under Duress , by a Powerful State and Licensed
So called Professionals.

B. Plaintiff is Compelled to explain my Duress and violations of Constitutional Rights
Both Civil and Criminal violation's That has affected my whole life .

C. Since the Day I was born May 4 1961 , when the whole world was watching the
Cuban missile crisis This Doctor at Women's Hospital decided he could make
More money so he Gave me a complete blood transfusion ,when he did this he
Gave me Hepatitis . I know this to be true, A white baby born in Wayne County
Michigan that had a Oakland County address (Oak Park Michigan ) At that time it
Was the Richest County in the Country .

D. This Doctor was Licensed by the one and only State of Michigan .

E. This State of Michigan is under the Direct control of The License Department
To regulate The SO called Professional People that Earn this State of Michigan
Money . So they allow these people Charge whatever Fees they feel they deserve
So to me that to me is called a Racket . Just like the Mafia ?

F. The State of Michigans Laws are a Mirror of the Constitution of the United States
Of America . Where Our Inalienable rights must be Defended ..

G. So This Licensed Doctor by the State of Michigan transfused my blood , this was
Confirmed by my mother . She DID NOT HAVE HEPATITIS . MY FATHER DID NOT
HAVE HEPATITIS . SO HOW DID I GET THIS DISEASE ? This Licensed Doctor gave
It to me. This is Done at every Birth in this nation everyday . This done because
They know that a big percentage of people will need that Medication that Costs
A arm and a leg plus the Doctor that prescribes this medication gets a BIG Fat
Check.. Doctor Raghu Rao got paid a check to sign for my Medication . While I
Went thru Hell for 10 weeks while I lost 66 lbs and all my muscle . It's just like
CHEMO .

H. I learned that I had Hepatitis when I was 8 years old when my bitch sister pushed Me thru a plate glass window and it slit my wrist wide open ,Bled like a stuck pig My Mom drove me to the ER and they managed to stop the bleeding but they Gave me 2 pints of blood . That's when I first heard that word Hepatitis , the Licensed Doctor Told my Mom right in front of me . Nothing was done at that time

I. Then when I was 17 I started training to Box at the Livonia Boxing Club but when I Tried to join they said OK but you need to pass a blood test . Well that's when I Heard that word again . No can do said the Man , You can not box . It was to bad Because I was real good and in 1978 Boxing was really a big Sport . I ended up Working as a Bouncer at a Rock n Roll bar 6 nights a week and during the day I cut cemetery 's in the Detroit area .

J. Again the reason I state all of these facts is because the Duress I personally have Experienced is over whelming. I have been subjected to Cruel and unusual Punishment of the greatest magnitude . These words do not express how much I Am suffering all at the hands off the Organized forces of this Society. Naming the State of Michigan as a defendant because they are the Leaders of These Organized Forces . And Since their Laws mirror the U S Constitution they Shall be Charged with these Violations.

K. During my youth the first 4 years of life was nothing short of torture ,Since I can Ever remember I have been in pain . Fatigue was another big issue but I guess Because of my youth I was able to push thru . At 5 years old my first Birthday Party at my Grandfathers house I was seated at the big people table since it was My birthday . While getting ready to eat my Grandmother was sitting directly Across from me . As we started to eat all of sudden my Grandmother started to Choke as she choked she was looking right at me , My Dad got behind her and Was trying to get her to cough it up. But he couldn't do it and yes she passed Away ...............
Right in front of me ,then someone picked me up and got me out of the Kitchen I remember when I got home and my Dad told me to go to my room. I heard him Say to my Mom that his Mom would be alive had it not been for my Birthday. My life was over at that point , I went from being Little Dave to A Cotton Picking Pot Licker,. My older brother and older Sister picked this up from my dad and they Tortured me Daily . My older brother by 6 years Started beating me every day ,the Same with my older sister , She would Slap me then take off running knowing I Could not catch her . It was a Nightmare . So you see I have been abused and in The 6 grade I got into a fight with another guy over him scratching a record that Was on a record player so the school kicked me out until I went to talk to a Doctor. A licenced Doctor .A State Employee.

L. The first visit was at Nothville State Hospital in yes Michigan , and yes you Guessed it a Licensed Doctor . Doctor Robanavitch at the Hawthorn Center . The first visit was as expected and just before I left this old Doctor asked my Mom To bring the guy who I got into the fight with to my next visit , my Mom said sure So on the next visit this Doctor wanted me and the other boy to start wrestling ? Not knowing what to do , Me and my friend stared to play around , then this Doctor got on the ground and was telling us to try and turn him over ? We Responded and the next thing I know this stinky old man got on top of me and Would not let me up I,! This sick old man started to hump on me until I managed To get out from under him and I kicked him right in the nuts as hard as I could then Ran then
I grabbed my friend Mike and bolted out of that office ,Ran to the parking lot Where my Mom was and told her In very certain words that I was not gong back Into that office again . Nothing ever happened about that but the Wound will Never heal. Yes once again a Licensed Doctor ,plus a State Employee . Remember Northville State Hospital.

M. Once again the amount of pain I'm in right now is just sicking Very Very Difficult To even hold my head up and my Feet, Hands , Back , Knees , Everything Hurts. Really bad The only thing that keeps me going is shear Guts . They will Hear And feel my Complaints thru this process come hell or high water .

N. Once I survived all of this Maddness , you need to remember this is at the same Of the Civil Rights movement was in full swing with the Civil Rights Act of 1964 ,

And the Detroit Riots in 1967 plus the Vietnam War started . It was a very
Difficult Time . I was put right into the middle of it , My neighborhood was visited
By them Green army cars telling the household that their Son was just killed......

I. Getting Thru Junior High School was just pure PAIN . Since all my friends were
Older I was the youngest of them but the biggest. That causes problems. I was
15 when I went out with 2 guys that I grew up with since I was 4 . They got some
Beer and along with some Pot , The older Brother had some Valium . He gave
George a hand full . The next thing I know is we are in a Car Drinking Beer
Then all of a sudden , We are out of Beer so , Russell says We'll go get some .
Pull into a party store parking lot , got out and Russell says here Dave hold this
I said OK and just so happens to be a Unloaded .22 rifle . Followed them into
Store and just stood there. They went back and grabbed a case of Beer each
And walked right by me and out the Door they went . The store Owner just
Looked at me and said Nothing except to point at the Door . So I walked out
Got into the back seat ,and we left . Only to be pulled over by Redford Police .
Since I was a minor they charged me with Robbery Armed . My Two older (17)
Got charged with Disorderly conduct. I went to the Wayne County youth home
In Detroit , They went home . One of them , Russell went to work at GM $18.00
George went to work at his Family's Business in Detroit , Midwest Casket Co.
He worked and was part owner till he just retired . Russell is the Manager of a
Import ,Export Wine Company. They were never out Of Work for the rest of
Lives as of the writing of this Statement of Facts .

The Redford Police knew who I was , The Livonia Police knew who I was in
Working at Mitch Housey's Restaurant since I was 13 as a dishwasher then
As a Bus boy . I made $1.65 a hour plus Tips. When I wasn't working there I was
Working in the Barn area at DRC in Livonia Michigan . This is where I learned
How Corrupt The State of Michigan is .....In 1976 the Barn areas at the track
Started on Fire . I watched this with my own eyes , as that fire burned
Uncontrolled and them Beautiful Horses Burned alive they did nothing ,
It wasn't long after The Michigan State Lottery came into law over the
Horse Racing Association objections. They just wanted to have Off Track
Betting . The State of Michigan said all that New Money would go to the
Schools ? Not True is it. Time shows how evil this State is .

P. Since I was pretty much on my own by the time I hit High school I had my
Own car at 16 that's when my Dad tried telling me what I can and can't do
With my own car I basically told him to leave me alone and I left . Lived in
The Redford motel ($60 /wk) . I then got a job working at Fleet leasing of
America. My Boss was Mrs Virginia Tapper . The Dodds brothers were also
In the same Building . Very Well off People .

Q. So I Finally Graduate from Thurston High School June 1979 in that year
I was with my Girlfriend and we went to a movie got her to her house about
1:00 am . We stoped on the street before her house to make out for a little
Then She wanted to drive my car a 1968 Dodge Charger 440 Magnum
I let her and she kinda punched I going down her own block She then decided
To turn around and go back down the street when all of a sudden out of the
Corner of my eye I seen a bright plastic thing fly up and hit my car . When It
Happened I knew someone had thrown something at my car . So She went
Back around her house. We went in and we talked with her Mom . When I
To leave her mom said don't go back down that street . so when we hit the station Garage
Well I did ,then I seen someone running up a driveway and I did not want them
Throw any thing again so I made the mistake of stopping and getting out
Being very dark couldn't see very good when all of a sudden I see a little
Shiny thing coming towards me but I still could not see . Then I got hi in the
Face . It dropped me to my knees. Turned out to be 2 (Two) Redford Police
I was beaten ,thrown on top of my hood , which my head Dented , then taken
Jail . While sitting in police car this cop took my puppy (German Shepard)
That was sleeping on the back seat This cop told me I would never see my
Dog Again . Well that's all it took for me , so when we hit the station Garage
And that door opened I made it out head first and Kept rolling until I jumped
Up and went to work ...........It took 6 of them . I was charged With assault
On a police officer , Reckless Driving , Disorderly Conduct. See I wasn't
My girlfriend was so her and her entire Family was there in court . The Judge
Threw out the assault charges , Threw out Reckless Driving , found me Guilty
Disorderly Conduct and Ordered me to stay away from my Girlfriend
Because She was 19 and I was only 17 a minor .

The reason I bring this all up. Look up a pattern.

U. The State of Michigan Orders me to Stay away from a Girlfriend , Do you Think that was right? I did not agree.

R . So right after getting payed off from my High School Job , I found a Job At Apartment Services in Livonia Michigan . $8.50 a hour . Hired as a Mechanic . I can fix anything or Build anything . On the 3 rd Day the Office Said they needed a barrel of Oil to be picked up at Leamon Oil Co. in Novi Michigan so I drove there in a Company Truck . Upon arriving in their Yard the barrel of Oil was already picked up by a Hi-Lo. It would not lift it Up high enough to set it down in the bed of the truck . So they asked me to Open up the Tail gate of the truck . As I lifted the steel gate up and out, I Did not pay attention to the Hi-Lo or Driver . He parked the machine directly Behind me and got off . When the tail gate folded out as expected I was hit In the Face right under my nose by the Steel Gate and I was pinned between The gate edge and the barrel . As blood flew out the front of my face I looked To the right and the Two yard men were just standing there. Finally one Jumped into the Hi -Lo and backed it up . I threw the gate down and grabbed My face Bloody and in Shock I made them close the truck tail gate and drove Back to the Shop where the Owner George Laforest took me to the Clinic . With my face smashed and 6 teeth knock out or damaged , I was forced to Wait over one year for three Surgery's on my face. I spent 3 weeks in the St Mary's Hospital in Livonia Michigan . I still was working at Apartment Services and went out on a Crew to cut Cemetery's. St Hedwig, Mt Avon, Grand Lawn . That was 1981 . By the summer of 1983, still working there I suffered a Sun Stroke while cutting Grand Lawn Cemetery in Detroit . My Temperature went to 107 and was rushed to St Mary's Hospital.

S. They kept me until about 3: am and sent me home when my temp went Down . I got home laid down didn't move for three days. My arm was all Swollen where they had put the IV in . Well I had a Blood clot in my left arm They started giving me Shoots in my Stomach every 4 hours around the clock I was in this Hospital for another 3 weeks. I was in so much pain they put a Machine on me so I just hit a button . I ended up leaving there and went to Another Hospital for 16 Days to get off all the Drugs they had me on , You Know just. Another Licensed Doctor making a Fortune off your Misery.

U . After all that , I still worked at Apartment Services , Bought a New 1983 Plymouth Turismo . Didn't even make the first payment and was Carjacked At gun point. $ 7000.0 worth of damage got the car back from the Cops And dealer after a month of waiting ;

T. Was driving down I-96 , started to rain , a Tractor Trailer locked his brakes I slammed into his back end , went Threw the windshield with my just kinda Healed up Face. Had to have another two surgeries . Again that pain is Very intense. It never goes away .

W . So working three part time jobs to survive I just finished tearing down a Block wall at a company in Detroit . It was a paid job . Once done my Working partner went towards my Moms house. We had a flat tire. It was April 18 1986 . I got my dad to give me a ride to go get my tire fixed. On the way back , there was a couple of Redford Police cars at my Moms House . I got out and went to go to my girlfriends house but got a block Away Decided to o back and see what's happening . Got to my Moms back Door and heard foot steps coming up the drive way . It was under cover Police with a Chrome 357 in his hand. In Street clothes and carrying a Gun I took off and ran behind a garage and then there was another plain clothes Cop but driving a marked car . He asked me my name , I said David Mcmillan He said Close enough I got a Warrant for Daniel Mcmillan . And I was cuffed. Taken to Redford Police Department . There I was arrested for Armed Robbery . The warrant was for my older brother . He was picked out in a Photo line up. She was a Garden City Police Officer .

X. I was arrested an interrogated Said Nothing. They Knew who I was because I used to play football for one of the Officers. The Detective decided that he Did not Like the fact that my working partner was black . Well I didn't care for him either so I told him . Then they decide t o Teach me a lesson . Ended up suffering Grand Mal Seizers from getting Driven head first in to the cell block bars. I was the left for dead ,laying on The cell floor still handcuffed , I Suffered all day Finally Some one called

EMS . They came took me to the ER where I suffered I Cardiac arrest I was Dead for 7 1/2 minutes . Then placed into intensive care . Then A lone Redford police officer (Paul Whiteing ) Took me out of the room after He Unplugged me from all the machines , Plus he Ripped my Catheter right Out of me . This why I have problems Today . Took me back to Redford Police lockup . Where I Suffered Seizers all day . Then around 5 o'clock They called EMS again . They had me sign something to go to the hospital When I got there they were confused as to why I am in the ER ?. I'm Supposed to be in the Intensive Care ward . I ended up going back to Redford police lockup then taken to Wayne County Jail . The Sheriff at first Refused to accept me because I was petty beat up looking . I seen them Argue about my condition . Finally they threw there hands in the air , then Left me at the jail in a Bull pen That was then my life . Being transported From Bull pen to Bull pen . Processed Meat . A Lady that worked at the Recorders Court in Detroit , found out I was in the Wayne County jail . She came to see me . She Seen how beat up I was and Bruised up , She left The jail to get a camera . When she tried to Renter The Sheriff refused to Allow her back in . She did Testified at hearing in front of Judge Giovon in Circuit Court . He ruled her testimony to be removed from the record. She Was told by the Wayne County Prosecutor Tim Kinney and Paul Bruno that if She testified again she would lose her job. She was The Head of the Wayne County Diversion Program . She was only telling the truth .

Y. That Statement that had my name on it . 4 counts of aiding & abetting of Robbery . No gun Charges. I was taken to the Wayne County Jail in Detroit I went to Court 186 times in 231 days and finally seen a Judge on the 187 Time After all I needed to heal up from my beating I took from them Redford Police . Two jury trials and Two bench trials . Guilty . 3 Five to 30 Year Sentences and then the last case I asked for my lawyer at a Sentence Hearing , The Judge gave me 7 1/2 years to 30 . Just because I wanted to Be Sentenced with him present . He is now Judge Robert Zilkowlski from 36 District Court in Detroit . It was because of him that I was able to file A Federal lawsuit in Detroit. Judge Robert DeMascio was my Trial Judge I took a settlement under the advice of Attorney John Corbett O mear . Also my Dad refused to move out of Redford and my Mom was trapped , Scared and could not convince my dad to move. So because of my mom I Took the offer . Then on the way out of court , that Detective told me that I was a DEADman , Right in front of a U S Marshall . We all went back to the Judge under the order from this Marshall . The Judge assured me that he Would let this officer know that nothing should happen to me. After all I was going back to Prison with about 2 years left to go . Case # 99-CV-70070 DT Judge Honorable Robert DeMascio.

Z. On August 3, 1992 I was released from Jackson Prison ,Michigan . It Was my Dads Birthday .From that day moving forward I had to Lie . To get a job . If I told a company I was a Ex Con they would ask me to Leave. When I told my parole officer She told to make short story About the missing time . So I did . I got hired for $9.50 a hour at a pump Company. Within 2 years I got a better job and more money . Then in 1995 I got hired by a company called LK inc. In Brighton Michigan they are A manufacturer of CMM 's .Coranite measurement machines That are Computer controlled . I traveled around this Country Built ,Calibrated, Installations all over the USA. Never had one problem with any one I Worked at the biggest Company's in the World .

. These are all Statements of Fact . The main reason for this is to show That my God given rights have been violated my entire Life at one time . Or another. I also Want it to be clear I knew my back was hurt but I did Realize how bad. I suffered from the moment of waking to the moment of Self medicated pass out nightly. I learned From The Honorable Judge Wayne L Ritter , Administrative law Judge SSA. Filed June 13 , 2016 I David J Mcmillan found on paper on April 16 ,2019 that I had a test Done at HNJH a Cat Scan ordered by Dr Maygar. That test showed that My Back was BROKE AND 4 DISCS NEEDED TO BE REPLACED, So as I Stood at my Disability hearing . I heard those words for the first Time. Can Imagine what you would be thinking ,if you just heard Proof for the First Time that you had a real reason why your in so much PAIN !!! After that test was done , I personally asked Dr. Maygar if anything showed Up , HE SAID. EVERYTHING LOOKED GREAT . ??? But it wasn't ...
The two nurses hated me because the Dr was getting me Samples for my

They did not believe me ,that I was in so much pain . My Suffering is as real
As I'm alive. My problem list is the same from day One at this Hospital ,
And is still going on TODAY AS YOU READ THIS ,,I SUFFER . ALSO I
Want to point out the paper work at this hospital was Hand written .
To day it is printed out by a computer , You can READ IT CLEARLY .
ALSO I BELIEVE THAT MY DOCTOR MAYGAR was fired for Helping me.
This is when I was handed to Doctor Raghu Rao.
This was done by this Hospital , After all they just found out I had a Broken
Back . Dr. Raghu Rao Refused for a Year to treat me . He told me to eat
Bananas and take some Ibuprofen . This was Oct 11 2016 . I have it in
Writing . And because of access to the internet I learned about this Evil
Doctor. That Day I called and made a appointment to another Doctor .
Doctor J Webb. They HNJH and Dr. Raghu Rao caused me to suffer
Greatly for Not Hours, Not Days ,Not Weeks,Not Months But YEARS !!
Nothing but Cruel and Unusual Punishment It's just Sickening .


Plaintiff was Self insured under Court order by Friend of Court Since 2007
Plaintiff was paying out of pocket even though plaintiff had not worked as a
Journeyman Millwright because After the Patriot Act was Passed I lost my My
ability to pass background check . They used this as a excuse .
My employer D&D Services Taylor Michigan. Harry Somerset Owner
He BlackBalled Me because I wouldn't except $500 for getting my front Teeth
Busted out on the job by another Millwright who threw a Chainfall hook around a
Steel Hopper that we were Repairing at Wyandotte Power House . I didn't see it
Coming and it Hit me right in the Mouth ,Cracking a Anchor Tooth for Bridge , that
Was just Repaired at costs of over $9000.00 at a Dentist in Walled Lake Michigan
So with his Power he told The Hall not to work me . Jimmy Tharette was then Vice
President of Local 1102 . Guess what ? He Retired out of the Union with 30 years of
service . Then he Took my Job , He has Never missed a PayCheck in over 40 Years
He is Now a Superintendent for Duke & Duke .
This Statement must be Read and Recognized . My Remedy can only be
Addressed by this Honorable Court That Upholds Our Constitution .


1. Was My Supervisor Jerry Carrige retired Millwright had me working non- knewstop for manyYears at IPMC Paper mill , The BlueCircle
cement company , Double Eagle , Fords , Rouge steel and DTE Energy as a Foreman
2. Once they found out I was a Convicted Felon I was placed on the bench at the union Hall .
3. No Work.
4. Had to leave my home that I had veg been working on for 4 years only to have try to sell it ,went on the market I then tried to travel
for work only to find that word's travel Fast and Far
5. Bought a Snowmobile Gas Station in the State of Michigan,
6. No snow the first year made it to the 2 season rsonly to find out that I was Lied to as the Income Statement I seen at closing was
fake and not True.
7. Gave the station back to the original owners walked away and then went bankrupt in 2007 lost everything
8. Then this is when I was Having More problems with my Heart and Fatigue to the point that I couldn't work I did try but my Back was
bad and fatigue was unbearable this is when I drove to a Free clinic by HNJH ,the nurse ,Lynn Kim told me to get to the Emergency
Room NOW
9. After telling the ER Doctor my issues ,placed on Heart medication only to find out that Now I owe HNJH $7000.00 +. And Cannot
afford the medication.
10. Doctor Francis M Magyar gave me Heart Medication by giving me Samples of Bystolic and Benicar the nurses Hated me because
of this they said that I was lying to them about my pain level ,my pain was in my Feet , Knees,Back,elbows ,Hands very painful to the
point of being in tears most of the time and because of being Depressed it is very difficult to deal with.My issues were always the same
and they knew from the first visit my story is the same.
11. So this HNJH was being given, By me a few Dollars every month and then I showed the Patient Advocate Tracy Peramski a check
from the UPHP Insurance Company that I was paying each month and I paid about $ 10.00 to much so they sent me a check ,so when I
showed this to her , she made a copy and said you're on Medicaid and you don't have to pay anything to UPHP. So , She is the "one who
arranges "things for the elite of Luce County . Remember She Claims to be "Risk Management ". They are lining there pockets with a
lot of Money ( 30 Million per year from 6000 plus people of Luce County ?) And a 81 Billion Dollar a year Budget in the state of
Michigan . How is this possible? Just like Dr Raghu Rao and his wife coming from Ireland with sheet of paper showing themselves as
Interns and getting you guessed it a license from TheState of Michigan . How is This possiable? . When you goggle Dr Raghu Rao they
come up with 4 .2 million men with this name and they are all Doctors in this Country His Wife is the Same there are at least 360
women who are all Doctors in Michigan alone . She is over 3000 just in the state of California all Doctors guess Where they came from
Ireland . The University of Ireland or Galloway...?? They are fake....
12. In the Spring of 2013 I ended up in the Emergency Room Again because I thought I was having a Heart attack and or a Stroke .  I
spent 4 days in the hospital and went thru a stress test where they had a hard time finding a vein to inject the drugs into me then they
take pictures of heart my blood pressure was 160/100 at rest
13. I was discharged and this Tracy Peramski told me to get a job . I told her I didn't come to the hospital ER to find work and I am in so

much pain from it and I can't age CY me very very hard work and because of working 500 hours a month for the last 5 years straight I Cannot.

14. Then towards the end of the year I was told by a letter that I was going to get a New Doctor . Dr. Raghu Rao They Fired Dr Magyar for giving me Heart meds.

15. This fake Doctor grilled me every office visit about getting a job and refused to listen to me about my health issues I was told by him that ,He only treats One thing at a time I was in shock ,so after about a year I found out from UPHP that I could get a new doctor after one year ,so I Fired him ,This Fake Doctor.

16. So all of this was going on and I finally got a new phone that worked at my home and I got a iPad too this allowed me for first time to look up the name of the medication on Google ,also allowed me to search the names of these people and doctors.This Raghu Rao has over 4.2 million men that named Doctor Raghu Rao and he became a doctor in The University of Ireland or the University of Galloway in 1995 , This can not be true .

17. So you mean to tell me that all I had to do is fly to Ireland and go to school for a year and then fly to the United States and become a medical doctor over the next thirty years become a multimillionaire off the backs of 6000 people in the state of Michigan where there is only 1 hospital, 1 pharmacy,1 local sheriff,10 bars, 1 post office 1 road commission that Controls Everything . They have there own Cartel.

18. Then this evil state Orders me to pay child support to a woman that has two boys by another man ,was in business with a man in Boca Raton Florida where when he died at 47 left her Money and part of his business as she was a partner in a Accounting Firm $607.00 support $200.00 daycare and provide a medical insurance Policy 160 hours of work , a Whole life insurance policy $127.00 and this FOC court literally chased me down in the parking lot to get me to come back in court so the defendant could try to get me off my square in front of the Livingston county sheriff and the Brighton state police. Didn't work I bring this all to this action because it's all intertwined.

19. So On October 11 2016 Dr Raghu Rao Told me to eat bananas and take Ibuprofan then See me in three months . Because I was Abel to get on the internet I learned that UPHP allowed a patient to change Doctors once's year I called the clinic and made a appointment with Doctor J Webb .

20. Now I went and seen Dr J Webb NOW HE said the same thing that that other Doctor said "WE" only treat one thing at a time. I said BullShit, See I had heard that word before "hepatitis " when I was 8 years old when my evil sister pushed me thru a plate glass window,sliced my wrist and bled like a pig that's when I realized I had a problem and I learned that when I was born them Doctors in Womens Hopital in Oakland County gave me a complete blood transfusion. That's when I was given Hepatitis C . My Mother told me she had to take me to the hospital every two weeks We went by Bus at first because my dad would not buy my Mom a car But in the end my Grandpa bought my Mom a Mercury Metor it was blue She would laugh later on because I was the only reason she had a Car was because of me I So when I told this young Doctor to just check my blood He did and yes it came back Positive for Hepatitis C And B so when Dr Webb found out that I was not lying I then said check my Back give me a X-ray well guess what I HAD A BROKEN BACK ! I needed 4 discs replaced and screws ,plates to repair the damage I was in Surgery within 2 weeks .

21. So it also should be known that because I suffered a attack and drove myself to the HNJH emergency in the spring of 2015 my Doctor Maygar put me in the hospital for 4 days he ran some test and When asked what did he find he said Nothing , everything is fine . They did a stress test and the also did a CAT scan .

22. This is when Tracy Peramski LARA upon my discharge she came in my room and told me to stop at Michigan Works and see if they had any Jobs . I couldn't believe my ears I was a laid off JourneyMen Millwright as of Feb 13 , 2009 from CR Meyer of Wisconsin . I couldn't even hardly walk let alone work for 8 hour shift . I also had to pay Child support Medical insurance and life insurance for my son and the friend of the court did not want to hear that I was laid off and not working they wanted their Money . They imputed my income as if I made $40,000.00 a year even though I showed them income statements that I was losing $25,000.00 a year . I went Bankrupt in 2007 . I also had a broken back and was suffering every Minute of every day and night Remember I had a broken back and nobody cared that I was suffering I didn't even find out myself until I went in front of a SSA Judge and he was the one who told me that a CAT Scan showed that I had Degenerative Discs and my Spine was broke . Once again I was totally beside myself and just could not believe what was going on . When I found out this Doctor Raghu Rao for a whole year refused to treat me ,his two nurse's said I was lying about my pain level . And this Dr Raghu Rao berated me every visit telling me that I live in the past and I need to get a job . Once again I heard that same speech not only from this Doctor but also from the patient advocate Tracy Peramski see these elite licensed LARA Employees of the Evil State of Michigan have a common goal . They want you to pay your fair Share thus giving themself a Job and $500.00 a hour plus . See This Tracy Peramski made sure to pay off my $7000.00 debt that I owed them .

23. Even though I had medical Insurance at a cost of $390.00 per month ordered by the Freind of the Court .. My child support payment was $454.00 per month .When my Blue Cross insurance from the Millwrights ran out in 2007 ( 160 hours work per month ) I had to self pay insurance , they would not give me a Child only policy so I was forced to pay . The insurance I had was thru a business that my ex-wife told me to call so I did . They came to my gas station I owned in March of 2007 in Luce county . I then went bankrupt in Dec of 2007 . I had purchased this snowmobile gas station with 2 rental cabins on land contract in 2005 . That year there was no snow until he middle of January loss over $26000.00 that year . I cashed out 2 pensions from the Millwrights to finance my child support payments until my son was 19 years old and graduated from High school. I gave all my money from these two pensions to my mother then every month she would mail in the Cashier Check to the state of Michigan . Then about 2 times a year they would send the check back to create a balance owed so they would try to get warrant issued for my arrest . As soon as I received the return check I would have to mail it back to them . I payed child support for 16 years and never missed a payment ( $193000.00 CASH +/ - ) Jeannie Mcmillan CPA. LARA owner of Mcmillan & associates , Brighton Michigan is a Multi -Million dollar business according to Dunn and Bradstreet .

24. I am under Extreme Duress and have been since I have been born . I have been Posioned ,Punched, Kicked , Slapped,attempted Molestation ,Stabbed, Shot at ,Arrested,Locked up,Beaten ,Kidnapped, Incarcerated , Freeded, Broken ,Faced Murder by Design from the organized Forces of this Evil State of Michigan . Since I was Born in Oakland County Michigan at Women's Hospital most likely named Something else by now . The Consitution and The Civil Rights act of 1964 has been violated so many times , this why I need to explain in detail what has happened to me . It is very difficult .

25. In 2015 I applied for SSA Disability and SSI in Dec of 2016 I was awarded SSI for something around $800 a month Before I Collected my First Check My MOM passed away on December 29 2016 She never learned that I got approved . I had to call SSA and tell them that I was getting some money from the sale of the house where I grew up in and what little savings she had . My older sister was the in charge with handeling every thing ? I didn't even get to go to the Burial or Church . No Money , when I applied for disability I

got a notice from the Bank showing that I have Paid in with the Dept of Defense . So their Compensating for 1 was Pension at 62 Well I was 56 with 10 years of service . So I started collecting $1217.00 a month from them . I was forced I lost $12,000.00 per year .

26. I had a lawyer from the hall that was to represent me at my hearing for SSD . Just a week before the hearing he called and told me he wasn't going to make the trip to S.S.M . And he already got $1200.00 from SSD so I was forced to the hearing alone , so I went , I was left speechless from the Judge said . Once Again, Nothing but bad news . Because I didn't file in time I did not have enough credits and for this reason I was denied . He did say three times I was disabled but when he told my medical records showed I had problems with my back because of this cat scan I was shaken to my core . I was stunned . Dr Maygar and Dr Rao never told me anything . I was also told that my current Dr did NOT even respond to SSD and he Knew from me that I applied . So now it all becomes clear ....

27. The State Michigan has a Contract to examine records for You guessed it the SSD . They wanted me to drive to Traverse City well When I live in a Snowbelt area and it is Snowing 2 or 3 inches a hour and I live 7 miles off the black top road the only way I travel in winter is by sled or snowshoe . I could not make it there and when I told them that it was impossible for me to drive . They then called from Kalamazoo and left a message to be there at 8 o'clock the next mourning . I asked what part of NO that they don't understand . Plus I was broke so how was I supposed to pay for gas ? Just Nightmare .....

28. The reason I have not filed sooner is because you need money and a phone and someway to print it well it been a battle from AT&T , Google , Apple . The phone and a iPad with a way to charge it . I live off grid . And the phone does not work when you're in the cabin . Then they say your over on Data so we slow every thing down , the phone only works when your in a certain spot , the tower is 9 miles due south but they can't get it to keep a signal it always goes to voice mail

29. Then with everything becoming clear that I am not going to be able to afford a truck and afford Medical Insurance w Copays ,the Medication is about $900.00 per month which is out of the Question .

30. On January 18 2023 The abuse started to get out of controll . I have been asking for something to help me sleep because the meds that was prescribed before did not work, I have been telling them for months and they refuse to listen . The Hometown pharmacy was told by me that I did not want Amitriptyline 100 mg anymore but they kept filling the order every month. Also the Dr Rao would prescribe certain vitamins like D3 and Hometown would fill it but wanted me to PAY for I Well I didn't have the money and this Dr knew this and prescribed it so I would not have buy it out of pocket. This is when Their Attitude changed. Very arrogant and insisted I buy them . No money No honey .

31. Very stressful too ,just go and pickup ,then have to deal with a Pharmacy that's trying to get what little money you have. They had an attitude every time I walked into that store. Example they were a Amazon hub and I seen this so going there once month and Fedx,UPS, USPS do not come to my address because I am 7 miles off the blacktop road.My Mailbox is at Perch Lake Rd and 407 . So I had a package sent there . The women who run this place decided that I shouldn't be able to get my parcel so they RETURNED IT AND REFUSED TO ACCEPT IT . So when I got there to pick it up and they told me what they did .I complained to the manager Dave and the next time I went to the Doctors office on Feb 20 2023 this Doctor told me that Dave from Hometown did not want me back in his store anymore . He actually called my doctor so led me to believe that they have a personal relationship . There's money exchangeing Hands.

32. Doctor Raghu Rao works hand to hand with Tracy Peramski at a office visit I asked Her to be there. This visit on a Thursday . At this visit I showed Tracy Peramski that this Fake Doctor did not even know what was going on with me. The only thing he was concerned with was getting me on more Drugs so he could get a Check from a Drug Company. On this Dr. point blank what is going to happen to me very soon? He did NOT KNOW that I was scheduled for Prostate Surgery on that Monday . This Doctor has violated my Rights so many times it's sickening I Know he has violated my rights because I told him . He laughed just like Tracy Peramski . They think they are Special and they walk on water . Just because they have them Letters behind their Name. You know that license that the State of Michigan gave them ,that allows them to charge whatever they Want. And violate your Civil Rights without a care in the World. I know they violated my rights because I told Them over and over. They had worked together for at least 20 years or more . This is their system of finding out who has Money and assets then they manipulate the patient to turn over everything to the Hospital . Tracy Peramski has enough power to Pay off a $7000.00 plus Debt Then arrange that the patient be put on Medicaid . This is State Funded Insurance. If you do not have income you can not be insured . They knew that my back was broke and made me Suffer for Years. Also they knew that I had a Prostate issue and it took over 10 Years just to see a Urologist . Doctor Maygar was told by me that I had a problem 7/25/2014 .My Surgery was on Monday July 22 2024 in Sault Ste Marie Michigan. Had I seen a urologist sooner I most likely would not have needed Surgery . This Doctor continually told me to move into Town .He says something is going to happen to me . And I won't make it to this Evil Hospital .This Doctor has Berated,Yelled ,Lied, and tormented me by refusing to Treat me. He knew I had a Broken Back and Did Nothing ....

33. This is where I believe that they Conspired to not treat me because my Court Ordered Insurance would not pay. So they Conspired to get me put on Medicaid to make this Doctor and this Hospital A lot of Money . After all they tell you that Your Health is Their Passion . Yes , No Your Check Book. And your Assets

34. The State Case worker "Jeannie " at Luce County Health and Human Services told me to just Sign over my Property and I get my insurance Back . The first letter I received from her was Saying I no longer get Medicare Discount . I'm not 65. Never been on Medicare. This comes about because her girlfriend at Synders Drugs LORI called her and complained that I was getting my Prescription's for a $ 0.00 Dollar co pay . And when they tried to make me pay for my Meds I Complained . Because I Complained They Banned me from the Store . The Manager Bruce Klosmeyer enforced this order. Because of this I was Subjected to cruel and unusual Punishment . I was Forced off of my Medication .All 9 Prescription's . I'm in Constant Pain ..........They put me on Medicaid to Profit off of my Misery and Suffering. Look how long it took to see a Urologist over 10 Years, to this day before I lost my insurance the Dr Sida Bia told me to continue to seek treatment but Their office is closing down. These Doctors also asked me a lot of questions about Dr Raghu Rao . It was my impression that they did not hear good things about this guy.

35. As of January 10 2024 At a Office visit with Dr Raghu Rao at HNJH in the Gibson Family Health Clinic (Employee Since 1999 ? ) This Fake Doctor tried Again to put me on a New Prescription called Seroquel . This medication according to Goggle is a Drug for someone with a mental disorder . Not for a Sleeping pill .That's All I had been asking for , For Months . I have insomnia . Is that hard to understand ? Told him for years , no help . The pill I was prescribed was AMITRIPTYLINE 100 mg . Even though I told them it didn't work , they kept filing the prescription , I have over 60 bottles never took them . But they made Money . The only way I knew what these drugs were was because of being able to get online. Thus the only way I can protect myself was to buy a Starlink and have the abilitie to go on line to live and have contact with the outside world . This hospital and it's employees all knew of my back ground because I told them I live by my self in the Forest for over the last 15 years . Not much help either. Off Grid .

36. The reason this Doctor prescribed Seroquel was because he get a Check from the drug maker . No other reason ......

37. This Fake doctor would not even Relate to Sleeping Pill because that part of work !! I refused to listen to him even thou he was checking off all the boxes for a Medicaid Payment? He claimed to consol me about mental health, No he yelled at me to get a JOB , Just like Tracy Peramski .They want you to work in the area so they can milk you Dry . I know of Someone right now that's under their care and they have already sent him a Bill for over a Half a Million. He has liver Cancer No he drank 2 gallons of Whiskey for 10 years , what do they expect. Now this Hospital will make A Fortune . That's their Conspiracy and Rackett.

38. On February 12 2024 at a Office visit Gibson health clinic 1:00 pm This fake Doctor barged into the room and accused me of causing a problem for the Nurse Completely not true, the nurse was helping me fill out a Hospital Question form , they were asking what was going on in the last Three moths .Because I didn't have my glasses She was helping me. This asshole Doctor barged in and started to yell . You should have seen the face of the nurse , she was pissed. No reason for this but this is his M O He cannot control himself and his working partner has complete knowledge of this . After all they have been covering for each other for well over 25 years . This includes Doctor Patrica Gill , this is Dr Raghu Rao s Wife .These are Partners in Crime. They know what each other is doing . This Doctor Patricia Gill has filed a DBA in Luce County . How's that work? That's Tax evasion ?

39. At this visit Dr. Raghu Rao showed his true colors , he would only prescribe Atarax this is for itching. Not for a sleeping pill , I knew that this so called doctor was not looking out for my best interest . Once again he made me Suffer cruel and unusual Punishment . This is unbearable .... This Doctor refused to treat me for over One year . Between My Doctor Maygar then Doctor J Webb .

40. On March 18 2024 I am extremely upset because of what the Local Pharmacist was doing to me , I learned that this Doctor and the Pharmacist are close Friends . They talk to each other on the phone . They were complaining about me, that's because I would not pay them any money for their Pills .This Doctor violated my trust so many times. By him siding with the drug store it showed where his concern was .Not me for sure. It s all about Profit.. Office visits Oct 13,2023 , Jan 10, 2023 . All visits were being Recorded for Sound .

41. On April 1 2024 Monday at a office visit I was berated by this Doctor he continually kept telling me I live in the past . Well when I checked in they handed me a Questionnaire to fill out . It wanted to know what has happened in the Last Three months. I anserved and got yelled at: This his M O he will not listen to you, He just says enough to be able to check off them Box's for Billing to Medicaid So he can try to say he consultings for this billing practice. He refused to give me A sleeping pill for years even thou I told him every visit . Finally he gave me three Pills (restoril) then after 15 years he gave me a referral for a Sleep clinic .This was Done because I complained so much he finally caved in. Tracy Peramski the Patient advocate , was involved in this process . She has personal knowledge that This Doctor has deprived me of my rights and has personal knowledge of what This doctor has done to me . She has said to me 'He doesn't think before he Talks And she knows what medication I was on when they took my insurance away . She has personal knowledge . She also has aided and abetted this Doctor to Commit Fraud on Billing Medicaid. Again Conspired With these doctors to pay off 7 Thousand plus of my bill, then put me on Medicaid so they could Profit off my Issues and Misery . Remember All of my issues and medical problems are Work Related . I told them this but Again they would not LISTEN. VERY VERY HARD TO DEAL WITH . When I told them that They were treating me like a piece of Dirt. And when I said your violating my rights ,,,,THEY LAUGHED.......

45. Going into hometown Pharmacy this doctor prescribed a certain pill. The Pharmacies were trying to get me to pay out of pocket for these prescriptions . Well when the money is sitting their ,it's not hard to pay But when you don't Have it . That's when it matters. They sent me a letter from UPHP Insurance Saying No Copays. Then Hometown Pharmacy wants me to give them money for A prescription . Then when you say NO . They tell you not to come back .Also they Called the Doctor. Tracy Peramski was in the office visit when all this was said to Me. They both acknowledged that they heard that this Pharmacist was giving Everybody a hard time. So they Transferred me to the only other pill factory in Newberry .Synders Drugs in Newberry across the street from Hometown. It is my Understanding that Hometown Pharmacy Purchased Synders drug store. This Means that they are not telling the truth. They are tricking the public.

46. These people all work in concert to make huge profits and wealth so they All Protect each other . I know for a fact that because they know each other for 30 To 40 years. They went to school together. I know of a Buisness owner that has Grown up here in this town , he has been convicted 10 times at least ,of Drunk Driving , Never been in Jail . Why because he owns a Business and he has lots of Family here. Mommy Daddy MONEY ........NEED I SAY MORE ...

47. All this HNJH and it's Doctors ands own X-ray Department Had to Do was to do Was to take a X Ray of my Back . For which it took years to do, They would have Seen That I had a BROKEN BACK ASLO DAMAGE THAT NEEDED SCREWS AND S.S. PLATES TO FIX . IT ONLY PUT A PATCH ON MY BACK. IF YOU TOOK A X RAY OF MY BACK AS OF JAN 1 2025 you would see a big Pinch point and it's broke Again . My pain is off the Charts but I'm so mad Nothing is going to stop me Not Even Death. My hands are burning off , can't even hardly use them .My Feet and Legs feel like burning fie ,shooting pain spots numb as touch .They really really Hurt so much Pain. And Since this State employee decided that ' I Need to Pay My Fair Share ' This State working in concert with the Pharmacy and Helen Newberry Joy Hospital and by that I mean Lori at Synder Drugs , Jeannie at Luce County Health & Human Services , Tracy Peramski , Dr.Raghu Rao ,Dr J Webb ,

Department and The Evil State of Michigan with its own , Private Licensing
Division called LARA . This Entity created by this State to Control its so called
Professionals . They place a Bond on these people . I want their Bonds . I want
This State to be investigated by a Grand Jury for Medical Fraud . Their Bonded
Employees have cause this Plaintiff to Suffer cruel and unusual punishment .By
Their own Dirty Hands . I was Forced off 9 different medications all at once .
I was taking Aspirin 81 mg , Duloxetine 60 mg , Metrolprolol Tartate 25 mg,
OxyCodone 20 mg , Lyrica 300 mg x2 , Januvia 100 mg, Lisinopril 40 mg,
Rosurvastatin 5 mg , Testosterone Cypionate 200 Mg x 2 a month , vitamin D3
Vitamin Iron 325 mg , Tamsuloin .4 mg ,.
48. All these drugs did help my issues but it did not fix my problems . Again My
Medical problems were the same on the very first day of my First Hospital
Visit nothing has changed except I'm 1 inch Taller now after having my 4 Discs
Replaced . My pain is over their pain Scale . Nobody knows how much I've
Suffered except God.
49 . I told Dr. Maygar of my issue of my Testicular problem on 7/25/2014 this
Doctor finally ordered a ultra sound that the in house Radiology Department
At HNJH hospital . With the results known in 2014. I did not get to see a urologist
Until July 22 2024 . That was the day of my Surgery . Had I seen this Doctor
Sooner there is a good chance this Surgery could have been avoided .

50. Then because Every Office visit was like going to see my EXwife that 'I'
Divorced back in 1999. Had a three year old Son , Came home from Work
One day and she called the police on me, For no reason , I left my $165,000.00
Condo in Brighton Michigan and Never went Back .

51. This Doctor Raghu Rao for a Year , He refused to Treat me 2016. Then when I
Fired him and made. A appointment with Doctor J Webb It was then in the
That he finally LISTENED TO ME AND DID A BLOOD TEST AND GUESS WHAT I
HAD HEPATITIS , That explains some of my Symptoms that was happening to
Me . Also at this time I was Experinceeing Seizures : Where I was Breaking my
Teeth . This was a very Dark Period in my life . So much Pain and nothing but
Suffering everyDay.
52. Getting Eye Surgery at HNJH by their in house Eye Doctor . This Doctor found
My eyes had Cataracts so he wanted to see what Medications I was taking so
Asked my Doctor at the Gibson Health Clinic to send him a copy of my records.
As I sat in this room I could this eye doctor Reading off my medication list front
In Of Two office workers ,They were Laughing at my Medical issues . Doctor
Dale Muth . Was the one. Another Licensed Doctor by the State .

53. I received a new lens inn each eye. I could see better at the time but it hasn't
Stayed with me , my eyes are getting worse as I speak .

54. This Hospital made money off of my Problems and took advantage of me.
This Doctor knew of my Medical issues just like Doctor Webb . But with the aid
Of Tracy Peramski they planned together how they could Profit off my Misery.
When I started to finally get some help from Doctor Webb . He did the
Unthinkable HE Called the Sheriff on me for a Welfare Check. So they All
Knew where I lived . A Beautiful 10 Square Acres Surrounded by State Land ,
Behind my Property is the Head waters of the Two Hearted River . They seem
To Decided to get my Asset from Me,

55. What they didn't know was when my Son was 13 , He was here at my Property
This is When ,on his Birthday I took him into Town . At Dukes Sporting Goods I
Bought him a Pellet Gun to learn how to Shoot. I already had taught him how
To drive and he had a 4 wheeler at the age of 6 . So he knew that my 1999
Jeep was. His .Also that Day I told him that when he turned 18
I would put this Property in a Trust and he would be my Trustee . I didn't know
At that time but I wouldn't see him again . I did see him for a few hours when I
Got my Back Surgery . I have not seen him Since . He is Married Two Children
And lives on 10 acres in Pennsylvania . It is very painful to deal with . I never
Thought something like this would happen all because of Money . I challenge
Anyone to have to live on less than about 8 hundred a month for the last 20
Years like I've been Forced to do .

56. I know that I have repeated my self in this STATEMENT OF FACTS but there are
Different parts to the Facts. So Doctor Raghu Rao , Tracy Peramski , have
Known of my Past because I Told them . HNJH gives you a piece of paper to fill
Out . So the questions are answered so they know what you have been Threw .

I've been through so much Medical, Financial, alone I just Can not. Again no
Had knowledge of my Situation . No Family, Alone, No Income, No Money, Any I
Did have went to child Support , Court Ordered . So with no money I was
Trapped . It has taken over 15 years to Finally get a Starlink and a Goggle
Phone. 2024 was the first time I ever watched TV since 2008 .

57. So because The Defendants had personal knowledge of my Plight , They
Worked Together to get me to Pay for something that they want me to have
So They could make Money . On April 1 2024 This Doctor finally prescribed a
Sleeping pill . On that visit to Synders Drugs to get my medications Lori a
Employee tried to get me to pay a Co-pay on my meds . Well I told her to her
Face I will never Pay for my meds because I don't have the money . I didn't
Food to eat . I have to get to a Church in Grand Marias to get help with some
Food to eat . Well this employee of Synders drugs didn't like that and had some
Words with the Pharmatics . So another month goes by and on 6/1/2024 .
I get a letter in the mail . The State of Michigan , The Department of Health and
Human Services , writes that On 6/1/2024 this Plaintiff is not eligible for a
Medicare Savings Program . I'm only 63 . Never been on Medicare . The reason
For this because 'Lori' called Luce County Health and Human Services Jeannie.
Together they Canceled my Medicaid Insurance . I never asked to be put on this
Medicaid . But When you have No Income , The Insurance Company's will not
Insure You. So this HNJH arranged with the state to put me on Their Insurance
Plan . It was not my doing . So when they took away my insurance on 7/1/2024
I knew that I was in big trouble . My pain level was about a 5 or 6 with the pills
But without them it's over 10 most of the time, I only sleep 2 hours or so then
Wake up Sweating and Freezing at the same time. My teeth are gone so no
Grinding at night. So my point is I'm living the same as 15 years ago , nothing
Has changed.

58. So while all of this is happening , I have been parking my 1999 Jeep at a trail
Head during Winter months , the Seven mile Fire line . It's 13 miles from where I
Live Year round . So this Jeep just got over $6000.00 worth of parts in the last 18
Months. When my Mom Died she left me some money, I put it in a New 4 Wheeler
And fixed up my Jeep . But No one knew that I gave it to my Son when he turned
16. Then All of a Sudden the Luce County Snow Plow Driver Complained to me ,that
Was Parking Too close to the road . This Jeep looked Great but no 4wheel drive
And the Frame was broke in half right by the TransMount . I planned on getting
The Jeep back to my place in the Spring . But Then I go and ride my Sled out to
Go to town and it was gone. The Luce County Sheriff ordered Great Lakes Towing
In Newberry to impound the Jeep . I could not get it back because it wasn't mine
It was in my Sons Name . He had the title. ....... Guess what ? ...... Tracy Peramski s
Husband Works at the Luce County Road Commission . He helps run it , been there
For Decades . So do you see the power they have .....Also I was told by the Winter
Haven Motel Eric that the Michigan Police looked at my Jeep and left it alone but
They stopped to see Eric and he said that they wanted to know the story on the
Jeep . I have been parking in the same spot for over 12 years at that point in time
So 'Nick ' the Snowplow driver is also Friends with Eagle Towing . Eric had told him
The jeep was mine and it had a lot of work done on it and it was waiting for a frame
So he got his friend to get the impound knowing that the jeep was in my Sons name
That way he could get a jeep for a impound Fee . See again the power they have .

So I bought a truck From A Ford dealer in Newberry . Got a loan 3 months before I
received my Social Security Check . I have had nothing but problems with this
Truck . It's broke down in front of my place .

59. So when I went to my last visit to Doctor Raghu Rao , as I waited for almost a hour , I was weighed by the nurse down to 172 and
blood pressure was a little high This Doctor showed up ,got on the computer right away , was having a hard time getting around on it
and he finally asked me about my Meds. I told him that I was not taking any Medication and was weaning myself off because I knew I
could not afford to buy them every month . So I decided to quit taking all of them this doctor said to me ' Your Going To Die '. About
that time Tracy Peramski showed up at my office visit when they both were telling me that I need to Reapply for Medicaid so I could get
my Drugs. I said No if this hospital wants me to have insurance then they better get ahold of the State and Fix it . But They were in
Shock that I was not taking any meds. But what I did was when I did get them I Hoarded them so I had a small supply to get by on while
I went threw Withdrawals . So I was ready to fight these people . This so called Doctor then while he looked down at me , He Yelled at
me Are you gonna reapply for insurance ? I said No ,then I stood up and left . He did fill a prescription for 2 of my meds . Metroprolol
tartrate and Oxycodone . I had to pay about $50.00 for them at Synders Drugs: I would like to point out Again , that "Lori " at Synders
charged me $29.04 for a Copay on March 4, 2024 . This when I first had Words with Lori about Trying to Charge me for my Meds . This
when I believe She contacted the State of Michigan . On that date I was still under Medicaid UPHP is the company that is owned by the
State to supposedly run the insurance company . It's a Shell Corporation: This State run Agency is under the Same Laws of the land as
any other Corporation that operates in any state or in this Country I believe that how they are insuring people is wrong and immoral
unethical which goes against their own printed words and laws . So Now these licensed Company's and licensed People who agree to

follow the Laws of the Business Both are operating under the Law of the land. Therefore they are liable when their employees violate the law of the Land and my God given Rights . Again this Doctor Raghu Rao and his wife are Multi-Million aires because they Faked their say here to the USA from a Foreign Country . All during a pieord of time in the late 90's when the internet was not like it is today. This was a time when all we had was Beepers. Cell phones were analog Phones. So in the medical Field EVERYTHING was HANDWRITTEN . Remember ?

60. So in September of 2024 , I went to get my prescriptions at Synders Drugs in Newberry Michigan . I went into the store as usual ,walked up to the Sign ,The Blond hair Pharmacist looked at me and asked What do you need? I asked for my Prescriptions knowing there was Two out of Nine Medications I needed . I only wanted my Pain Medication and my Blood Pressure Meds . She then said they are not ready , I'll wait , OK , By the way how much for my Lyrica ? As I walked over towards the Drop off line "Lori" says their $748.00 per a 30 day Supply . I then said I will never Pay that much for a pill . She smiled . I told her that I was going to sue her and she laughed , after this event I was told on the phone by Lori that I was not allowed to get any medication there any more , the store manager Bruce said I was not allowed in this store . I had to have someone pick up my meds but I still don't have any money for them . She already committed Medical Fraud by charging me a copay , Which in this instant case Is the Whole Price of the drug without insurance . It not just a copay . This Lori has known me as a Customer for Years and I have known her as the Bookkeeper at Snyders . As far as I know She handles the paperwork as the pharmacist fills it . So she has Direct Contact with the insurance Company ,this case UPHP or the State Of Michigan . I far as I am Concerned She is a State of Michigan Employee . A Licensed Contractor , She is Bonded by the Drug Company . She bound by the laws of the State of Michigan and she then bound by the Laws of the Land . When she Complained to the state , "Jeannie" Luce County Case Worker , or Told them that I won't Pay and why does he have a Medicaid Discount ? So that's when Jeannie looked up my File and Seen that I notified the State in June of 2023 that I stated to draw my Social Security at 62. But she assumed that I was 65 and was on Medicare . She was "Wrong" but she cancelled my Medicare discount according to the paper she mailed me on 6/1/2024. I think that the reason their was a Medicare Discount was because the HNJH Tracy Peramski made sure it was on there. This case worker Jeannie had did this to me back a few years ago. The State of Michigan and UPHP medical insurance working together decided to cancel my insurance in 2020 . Because I did not file a report to the State to update them of any changes at that time I was living on $1016.00 per month . They knew nothing had changed and I was never told by anyone that I had to file any thing with the State. See I was Paying every month to UPHP insurance if I remember it was about $75.00 per month . That's when one month I sent in about $10.00 too much . Then UPHP sent me a check for that amount . I took this Check too Tracy Peramski she made a copy and then I was told by her I'm on Medicaid and I don't have to Pay Anything . So here I was trying and they shut me down and when I went Snyders drugs in Newberry To get my Meds there was words exchanged by me and again I told them I wasn't going to pay. They didn't like that. Al's when this happened I wet back to the Gibson Family Health Clinic and wouldn't Leave without my meds so Tracy Peramski took me the in House Pharmacy at HNJH. They filled my meds in front of me and gave me enough to get by for a little while . It was then I was told that I need to let the HHS of Any Changes . Which I did .

61. Again in Sept 2024 I went Directly to the Luce County Sheriffs Office . I had a Conversation wit Sheriff Eric Peterson . I Explained to him my issues that I'm being confronted with . I was being denied my rights as clearly as defined as the law of the land . The laws That this Sheriff took a oath to Defend . He Failed his Duty . He did make a phone call to Snyders in my presence . His one question to who ever he was speaking to was How much is the Lyrica ? He repeated them saying $748.00 . That's over Twice the amount that the insurance company pays and that's what they want me to pay. I'm not worth that much .

62. When I left Snyders that day and went to try to get some help . I was very much in pain as I am NOW , I filled some paper wok just so I had something to show . I was hoping to see a judge but it was around 5 o'clock and Nobody was home. I didn't have enough fuel to come back so I had to just go home and Suffer.

63. Also I need to point out that when I went to Social Security and filed I received a copy of my Medical records for HNJH . There was Handwritten notes by two of the nurses . These are the two nurses that refused to believe me when I answered their question of my Pain level. All I can say is I was younger and at that time I did not have running water in my trailer . So I had to carry 5 gallon buckets of water about 1 mile. That went on for at least 4 months while I figured out how I was going to get water and if it was any good . So I looked like I was in good shape just a lot of Muscle. But I was forced to do that if I wanted to live. Survival .

64. At this point I'm not taking any medication because I don't have enough Money so I just Suffer and there isn't much I can do about it except this Lawsuit.

65. Also I gave Tracy Peramski copy's of medical records that were on disc so she could see for herself what them two nurses were writing . So when he returned them there was one short . I didn't say anything at the time but I had copies made before I gave them to her . So she proved to me she is Evil . She started out to seem to help but I learned real quick She's a Snake only concerned about one thing. Money I wonder how much she worth ? , Doctor Raghu Rao is worth 15 million according to goggle ,I would like to know how that's possible ? His partner in crime , his wife Patrica Gill , if you contact The University of Ireland , their names are not on the graduated list? So how did they fake their paperwork and how was it verified ? The State of Michigan licensing department did not have the internet like todays internet to check on these two people . How is it that there is 4.2 million Raghu Rao's and they are all doctors? Same with his wife 300 Patrica Gills in Michigan alone. I think that these people are liars and have committed attempted murder , Conspiracy to commit murder , Fraud ,medical malpractice and have completely Falsified there Paper work with the aid of The State of Michigan and HNJH and Luce County . One big happy Corporation . Are Corporations allowed to try to kill you .? They knew by cutting off my insurance that I could Die just like the fake Doctor said . They say You're Health Our Passion , that's a huge Lie . They do not care about you whatsoever . They only want Money ........They have Violated my Constitutional and Civil rights .And have left this Plantiff to DIE.

66. They also have violated the Michigan Consumers Protection Act of 1976

67. My Medical Condition as of Jan 1 2025 , Depression, Type 2 Diabetic Polyneuropathy , Plantar Fascia syndrome , Primary Insomnia , Fibromyalgia , Neuropathy of both Feet, Fatigue , Chronic Pain , Testosterone Deficiency , Degenerative Disc Disease L5-S1 , Ulnar Neuropathy of Both Upper Extremities , Hepatitis B, Hepatitis C, Muscle Cramping , Trigger Finger , High Blood Pressure Benign Prostatic Hypertrophy , A URO Lift was installed , My Lens in my eyes need to be replaced so I can see , I've been on a list at the eye Doctor for over 3 years , No Help. These Conditions were In Full Swing at the First Visit to HNJH Emergency Room in 2012. These Conditions were only Recorded When Dr. J Webb Knew I Had UPHP Insurance with a Co- Pay . My Medical Journey Started in October 12, 2017 ,When They actually Recorded my onset Date in 2017 This Shows I went over 5 Years without any Help. Dr. Magyar and Dr Raghu Rao Had Knowledge that I was in Chronic Pain and refused to Help. And Violated my rights by refusing to Treat my Conditions because of Money . The First Doctor is Dead the second Doctor Needs to go to Jail. Also Tracy Peramski need to go to Jail . I want them Charged with Attempted Murder ,Conspiracy to Commit Medical Fraud

I am Compelled to File this action against these Defendants because They Continuously Caused this Plaintiff to be Subjected to Great Bodily Harm and Severely has Impacted my whole Life it's just a Gross Miscarriage of Justice and They have Protected Each other as to be Rewarded for causing this Plaintiff to remain Hidden from Everybody . But Not any More, I am Connected by Starlink . I power my own Connection to the Entire World . This is not 1986 where Nobody Knew the Truth about what has Happened to This Plaintiff. I Pray to this Honorable Court to Hear my And See my Past Violations and Correct these by Protecting My Human Rights to be Free from Oppression of this State of Michigan Employees That are Licensed by this Corporation and receive Protections that are not LawFul . Also to be Clear I recorded the last 24 Months of Doctor Visits . My Plaud recorder goes around Helen Newberry Joy Hospitals WiFi Jammer System . They know how they talked .Let it be Known by All Men that this Plaintiff Seeks a Remedy that will Change History . I have been Connected to my own Platform for once in my Whole Life. I'm gonna use it. It's Sad to think that the intentions of a few Good People are then taken over by Greed and Evil Power seekers . I ask for Their Bonds ..... A Jury will hear there own Words in Open Court . They Left me for Dead , Well I'm Still Here .They will Pay one way or another.

David Mcmillan #186116
23659 N Branch Trl
Newberry Mi 49868 X _David J. McMillan #186116_
1-906-263-0104. Cell WiFi only

This State of Facts are True And Correct To the Best of my Knowledge
I Swear upon my Bible and Seek my Remedy . Thank You
Dated
CC: File
The United States Federal Court Marquette Michigan
The Clerk of the Court , US. District Court Marquette
Jurisdiction is Northern Division - Luce County
The State of Michigan
Health and Human Services of Luce County
Luce County Sheriff
HNJH
Synders Drugs
Hometown Pharmacy's
Copies for All Named Defendant s
This Plaintiff is also seeking their Bonding Amounts
This Plaintiff Notify's Defendants. with this Filing of That Part of One Remedy
Their are more Remedy's being Sought. Including Criminal Charges .



Retail

U.S. POSTAGE PAID
PM
GRAND MARAIS, MI 4983
FEB 18, 2025

49855

$26.85

RDC 03

S2322W500363-01

UNITED STATES POSTAL SERVICE ®

PRIORIT
MAIL

VISIT US AT U
ORDER FREE SUPP

CERTIFIED MAIL ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 1130 0000 8920 8620

FROM:

DAVID J. McMILL
23659 N. BRANCH
NEWBERRY MI 498

TO:

ANN E. FILKINS
CLERK OF COURT
330 FEDERAL Bldg,
202 W. WASHINGTON
MARQUETTE MI 498

Label 228, December 2023        FOR DOMESTIC AND INTERNATION

